UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE: NARINDER K. GUPTA
DEBTOR                               CHAPTER 11
                                     CASE NO: 07-41020-MGD
                                     JUDGE DIEHL

## FINAL REPORT AND APPLICATION FOR FINAL DECREE

COMES NOW the Debtor in the above-styled case and files this final report and application for final decree as follows:

1. This Chapter 11 case was confirmed on March 26, 2008. A copy of the Order of Confirmation was served on all creditors and parties in interest The order confirming the plan of reorganization has become a final order as no appeal has been taken by any party.

2. The Debtor has begun distribution of funds to its creditors pursuant to the Plan and has paid, or made arrangements to pay, all administrative expenses awarded by this Court.

3. The Plan has been substantially consummated within the contemplation of 11 U.S.C. §1101(2).

4. Except for the entry of a Final Decree, all matters over which the Court has retained jurisdiction have been completed.

5. The Debtor requests that the Court make appropriate provision for a permanent Order restraining all creditors of or claimants against, the Debtor from pursuing or commencing, or attempting to pursue or commence any suit or other proceeding at law or in equity against the Debtor, or against any of its assets, which any such creditor or claimant may have had in, to, or against the Debtor or any of its assets at the time of the filing of the Debtor's Petition under the Chapter 11 of the Bankruptcy Code, except with respect to claims, rights, or interest arising under the Plan or Orders of this Court.

Wherefore, Debtor prays for relief as follows: that a Final Decree be entered herein; that said Final Decree discharge the Debtor from all debts and liabilities, and terminate all rights and interest of

creditors of the Debtor, except as provided in the Plan and in the Order entered March 26, 2008 confirming the Plan; that such Final Decree make such provisions as are proposed herein by way of injunction and close this estate; and for such other and further relief as the Court may deem just and proper.

    June 27, 2008

    \_\_/s_____
    James R. McKay, Attorney for Debtor
    Georgia Bar No. 494205

    FULLER AND MCKAY, P.C.
    P.O. Box 6063
    Rome, GA 30162
    (706) 295-1300

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the within and foregoing Final Report and Application for Final Decree and proposed Order by depositing the same in the United States Mail, with adequate postage thereon, addressed as follows:

Office of the U.S. Trustee/Leroy Culton
362 Richard B. Russell Bldg.
75 Spring Street
Atlanta, GA 30303

Narinder Gupta
6136 Montecello Drive
Villa Rica, GA 30132

June 27, 2008


____/s_____
JAMES R. MCKAY
ATTORNEY FOR DEBTOR(S)
STATE BAR NO.: 494205
P.O. BOX 6063
ROME, GA 30162-6063
(706) 295-1300